UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY EARL STANFORD,

    Petitioner,

      v.                     Case No. 3:05-cv-1078-J-12HTS
                                     3:88-cr-215-J-12

UNITED STATES OF AMERICA,

    Respondent.

_____

## O R D E R

    This cause is before the Court on the Petitioner's Notice of Appeal (Civ. Doc.10), filed January 30, 2006, which the Court construes as a request for a Certificate of Appealability (Civ. Doc.11).

    The Petitioner seeks to appeal the Court's Order (Civ. Doc.8, Crim. Doc. 1756) filed January 12, 2006, dismissing his §2255 motion as untimely.

    The Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's previous Order (Civ. Doc.8, Crim. Doc. 1756).  As a result, the Petitioner's request for a Certificate of Appealability must be denied.  Accordingly, it is

    **ORDERED AND ADJUDGED:**

    That the Petitioner's request for Certificate of Appealability (Civ. Docs. 10 and 11) is denied

**DONE AND ORDERED** this ___ 1 st ___ day of February 2006.


Howell W. Melton
Senior United States District Judge


Copies to:    Petitioner
              AUSA