UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY EARL STANFORD,

    Petitioner,

v.                          Case No. 3:05-cv-1078-J-12HTS
                                         3:88-cr-215-J-12

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This cause is before the Court on the Petitioner's "Motion for Reconsideration ..." (Civ. Doc. 13), filed February 6, 2006. The Petitioner filed a Notice of Appeal (Doc.10) which the Court construed as a request for a Certificate of Appealability (Doc.11) and denied by Order (Doc.12) filed February 2, 2006. As a result, the Court lacks jurisdiction to consider the Petitioner's motion for reconsideration. The Eleventh Circuit Court of Appeals will review this Court's decision. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Petitioner's "Motion for Reconsideration ..." (Civ. Doc. 13) is denied.

**DONE AND ORDERED** this ___16TH___ day of February 2006.

                                                  Howell W. Melton
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
    AUSA (Ronca)                            Petitioner